**Lacy Jervay TATE, Plaintiff–Appellant,**

v.

**Johnathon A. HART; Debrorah Crowder, Defendants–Appellees.**

**No. 06–7919.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 24, 2008.

Decided: Nov. 13, 2008.

---

Lacy Jervay Tate, Appellant Pro Se.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lacy Jervay Tate appeals the district court's order dismissing without prejudice his civil action under 42 U.S.C. § 1983 (2000). The district court ruled that the civil action had not accrued because Tate did not allege or prove that the criminal proceedings had terminated in his favor, citing *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994), and *Brooks v. City of Winston–Salem, N.C.,* 85 F.3d 178 (4th Cir.1996). In his informal brief, Tate fails to address this dispositive issue. Therefore, Tate has waived appellate review of that issue. *See* 4th Cir. R. 34(b) (limiting review to issues raised in the informal brief); *see also Edwards v. City of Goldsboro,* 178 F.3d 231, 241 n. 6 (4th Cir.1999) (finding failure to raise issue in opening brief constituted abandonment of that issue). Accordingly, we affirm the order of the district court. *See Tate v. Hart,* No. 5:06–ct–03067–H (E.D.N.C. Oct. 10, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*